## BLAKE *v.* FOURTH NATIONAL BANK.
## BLAKE *v.* PARK BANK.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
SOUTHERN DISTRICT OF NEW YORK.

## KENNY *v.* PHILADELPHIA &c. RAILROAD.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
EASTERN DISTRICT OF PENNSYLVANIA.

Nos. 554, 555 and 318.    Argued February 19, 1875. — Decided March 22, 1875.

*Blake* v. *National Banks*, 23 Wall. 307, followed.

MR. JUSTICE HUNT delivered the opinion of the court.

These cases involve the same principles as the case of the National City Bank, (*Blake* v. *National Banks*, 23 Wall. 307,) and the judgment in each case is                                    *Reversed.*

*Mr. Attorney General* for plaintiffs in error.

*Mr. Charles C. Beaman, Jr.,* and *Mr. Francis C. Barlow* for the Banks, and *Mr. James E. Gowen* for the Railroad Co.